BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

BENJAMIN KINGSLEY (CABN 314192)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6937
    FAX: (415) 436-7234
    benjamin.kingsley@usdoj.gov

Attorneys for the United States

FILED
DEC 04 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: CR 17-592 WHA |
| Plaintiff, | UNITED STATES' MOTION TO UNSEAL CASE AND [~~PROPOSED~~] ORDER |
| v. | |
| DONALD MACCORD and SHANNON DOYLE, | |
| Defendants. | |

    Upon defendants' indictment, this Court granted the United States' motion to seal this case. Since then, the government has arrested both defendants. The government therefore moves to unseal the case.

DATED: December 4, 2017

Respectfully Submitted,

BRIAN J. STRETCH
United States Attorney

BENJAMIN KINGSLEY
Assistant United States Attorneys

MOTION TO UNSEAL

# [PROPOSED] ORDER

Based upon the foregoing request, the Court hereby **ORDERS** that this case shall be unsealed.

DATED: December 4, 2017

_____
HON. ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

MOTION TO UNSEAL