UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## *CRIMINAL MINUTES*

| | | | |
|---|---|---|---|
| Judge: | William Alsup | Time in Court: | 22 minutes |
| Date: | November 13, 2018 | | |
| Case No. | 17-cr-00592-WHA-2 | | |

**United States of America** v. **Shannon Doyle**

Defendant
☒ Present
☐ Not Present
☐ In Custody

U.S. Attorney
Benjamin Kingsley
Matthew McCarthy

Defense Counsel
Gail Shifman

Deputy Clerk: Tracy Geiger

Reporter: Ana Dub

## *PROCEEDINGS*

REASON FOR HEARING: Change of Plea

RESULT OF HEARING: Defendant pled guilty to Count One of the Indictment.
Court accepted plea and referred defendant to U.S. Probation for preparation of a presentence report.
Plea agreement filed with the court.

CONTINUED TO: **March 12, 2019 at 2:00 pm** for Sentencing