GAIL SHIFMAN, ESQ., Cal State Bar No. 147334
LAW OFFICE OF GAIL SHIFMAN
2431 Fillmore Street
San Francisco, CA 94115
Telephone: (415) 551-1500
Facsimile: (415) 551-1502
Email: gail@shifmangroup.com

Attorney for Defendant
SHANNON DOYLE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SHANNON DOYLE,<br><br>    Defendant. | CASE NO. CR 17-0592-WHA (EDL)<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE TO PERMIT TRAVEL AND TEMPORARILY RETURNING PASSPORT TO DEFENDANT** |

## STIPULATION

The parties hereby stipulate that the conditions of release shall be modified in the following manner:

1. Defendant, Shannon Doyle, shall be permitted to travel to Abu Dhabi, United Arab Emirates from February 14, 2019 – February 22, 2019.

2. Prior to his travel, Defendant shall provide his travel itinerary to his Pretrial Services Officer, Scott Holtzer in Greenbelt, Maryland in the District of Maryland, who has no objection to Defendant's modification of the conditions of pretrial release.

3. Defendant's passport which is in the possession of the Clerk's Office of the District of

**STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE TO PERMIT TRAVEL AND TEMPORARILY RETURNING PASSPORT TO DEFENDANT**

1

Maryland, where Mr. Doyle is supervised, shall be returned to Shannon Doyle no later than February 12, 2019. Shannon Doyle shall return his passport to the Clerk's Office of the District of Maryland, or as directed by his Pretrial Services Officer, no later than February 25, 2019.

4. To facilitate the return of the passport per this Order, Pretrial Services Officer Holtzer and the District of Maryland Clerk's Office advised that the parties request that this Court contact the District of Maryland's Magistrate Judge, The Honorable Gina L. Simms, at 301-344-0627, to request that she execute an order directing the District of Maryland's Clerk's Office to release Shannon's Doyle's passport per the terms of this Order. The case number in the District of Maryland is 8:17-mj-02928 JKS.

5. All other conditions of pretrial release shall remain the same.

Dated: January 16, 2019                                          Dated: January 16, 2019

/s/ Gail Shifman                                                 /s/ Benjamin Kingsley

GAIL SHIFMAN                                                     BENJAMIN KINGSLEY
Attorney for Defendant                                           Assistant U.S. Attorney

## ~~[PROPOSED]~~ ORDER

This matter having come before the Court upon the stipulation of the parties and the Court being advised, IT IS ORDERED that the conditions of pretrial release shall be modified in the following manner:

1. Defendant, Shannon Doyle, shall be permitted to travel to Abu Dhabi, United Arab Emirates from February 14, 2019 – February 22, 2019.

2. Prior to his travel, Defendant shall provide his travel itinerary to his Pretrial Services Officer, Scott Holtzer in Greenbelt, Maryland in the District of Maryland.

3. Defendant's passport which is in the possession of the Clerk's Office of the District of

**STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE TO PERMIT TRAVEL AND TEMPORARILY RETURNING PASSPORT TO DEFENDANT**

2

Maryland, where Mr. Doyle is supervised, shall be returned to Shannon Doyle no later than February 12, 2019. Shannon Doyle shall return his passport to the Clerk's Office of the District of Maryland, or as directed by his Pretrial Services Officer, no later than February 25, 2019.

4. To facilitate the return of the passport per this Order, this Court will contact the District of Maryland's Magistrate Judge, The Honorable Gina L. Simms, at 301-344-0627, to request that she execute an order directing the District of Maryland's Clerk's Office to release Shannon's Doyle's passport per the terms of this Order. The case number in the District of Maryland is 8:17-mj-02928 JKS.

5. All other conditions of pretrial release shall remain the same.

Dated: ~~January~~ February, 1 _____, 2019

_____
ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

**STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE TO PERMIT TRAVEL AND TEMPORARILY RETURNING PASSPORT TO DEFENDANT**

3